**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-2055**

JOHN WILLIAMS MILLER,

        Plaintiff - Appellant,

    v.

APPLE, INC.,

        Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Timothy M. Cain, District Judge.  (3:20-cv-00844-TMC)

Submitted:  June 22, 2023                     Decided:  June 26, 2023

Before HARRIS and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John Williams Miller, Appellant Pro Se.  William Harrell Foster, III, Katie Elizabeth Towery, LITTLER MENDELSON PC, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Williams Miller appeals the district court's order accepting the recommendation of the magistrate judge and granting Defendant summary judgment on Miller's employment discrimination complaint. On appeal, Miller challenges the court's prior order denying Miller's motions for default judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Miller v. Apple, Inc.*, No. 3:20-cv-00844-TMC (D.S.C. Sept. 29, 2022). We deny Miller's motion for default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*